UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
JACKSON, CHRISTINE MARGARET ) CASE NO. 13-00743-JKC-7A
)
)

### NOTICE OF POSSIBLE ASSETS AND
### NOTICE OF ABANDONMENT OF PROPERTY

Paul D. Gresk, in his capacity as the Chapter 7 trustee of this bankruptcy proceeding, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk's office is requested to issue a Notice of Last Day To File Claims pursuant to Bankruptcy Rule 3002 (c) (5).

NOTICE IS HEREBY GIVEN that all scheduled assets will be abandoned from the estate EXCEPT **Debtor's nonexempt interest in her RESPA claim.**

DATE:  May 2, 2013  

/s/ Paul D. Gresk
Paul D. Gresk, Chapter 7 trustee
150 E. 10th Street
Indianapolis, IN 46204
317-237-7913
Fax no. 317-237-7912
bankruptcy@gslawindy.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice has been served upon the below listed parties by either electronic mail and/or U.S. mail, postage prepaid on this the day of filing with the U.S. Bankruptcy Court:

**Dana L Luetzelschwab**
Luetzelschwab Law,LLC

711 East 65th Street
Indianapolis, IN 46220

**Christine Margaret Jackson**
1027 Indian Trail
Apt. B
Carmel, IN 46032

   <u>/s/ Paul D. Gresk</u>
   Paul D. Gresk