UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
JACKSON, CHRISTINE MARGARET ) CASE NO. 13-00743-JJG-7A
 )
Debtor. )

## MOTION FOR AUTHORITY

Comes now Paul D. Gresk, the Chapter 7 trustee of this bankruptcy proceeding, and in support of this motion, makes the following showing:

1) That Paul D. Gresk is the duly appointed Chapter 7 trustee of this bankruptcy proceeding.

2) That the Debtor has a RESPA claim that is scheduled for trial.

3) That the Chapter 7 trustee believes the Debtor's cooperation and testimony are necessary to prevail at trial.

4) That for the Debtor's cooperation and testimony at trial, the Chapter 7 trustee seeks authority to pay the Debtor 25% of the net recovery.

WHEREFORE, Paul D. Gresk, the Chapter 7 trustee of this bankruptcy proceeding, seeks authority to pay the Debtor 25% of the net recovery for her cooperation and testimony at trial.

Respectfully submitted,

/s/ Paul D. Gresk
Paul D. Gresk, the Chapter 7 trustee
GRESK & SINGLETON, P.C.
150 East 10th Street
Indianapolis, IN 46204
Phone: (317)237-7914
Fax: (317)237-7912
Email: bankruptcy@gslawindy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been served upon the below named parties by either U.S. mail, postage prepaid and/or electronic mail on the date upon filing with the United States Bankruptcy Court.

**Dana L Luetzelschwab**
dana@ltz-law.com

**U.S. Trustee**
ustpregion10.in.ecf@usdoj.gov

/s/ Paul D. Gresk
Paul D. Gresk